# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**TYSON RHAME,
JAMES SHAW, and
FRANK BELL**

**Criminal Case
No. 1:16-CR-00067-SCJ-CMS**

## SCHEDULING ORDER FOR SENTENCING

For good cause shown, the Court adopts the joint scheduling order proposed by the parties. Accordingly, the following deadlines are set in advance of the sentencing hearing:

1. **October 4, 2021:** The United States will disclose any experts it intends to call at sentencing along with any expert reports.

2. **October 11, 2021:** The United States will file its sentencing brief regarding the Guidelines calculations.

3. **October 25, 2021:** The Defendants will disclose any experts they intend to call at sentencing, including any rebuttal experts, along with any expert reports.

4. **November 1, 2021:** The Defendants will file their sentencing briefs regarding the Guidelines calculations.

5. **November 8, 2021:** The United States will disclose any experts it intends to call to rebut the defendants' experts along with any expert reports.

6. **November 15, 2021:** The United States will file its sentencing brief regarding the Guidelines calculations.

7. **November 22, 2021:** The Defendants will disclose any experts they intend to call to rebut the Government's rebuttal experts along with any expert reports.

8. **November 22, 2021:** The parties will file their respective briefs regarding an appropriate sentence under 18 U.S.C. § 3553(a), and any expert rebuttal issues.

SO ORDERED THIS 14th day of May, 2021.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

Prepared by
Jenny Kramer, Counsel for Defendant Tyson Rhame